**UNITED STATES DISTRICT COURT**
**EASTEN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA, :
: No. 5:18-cr-00181
v. :
:
ANGEL LUIS CONCEPCION-ROSARIO, :
Defendant. :

**ORDER**

**AND NOW,** this 21st day of October, 2026, for the reasons stated in the Opinion issued this date, **IT IS ORDERED THAT:**

1. The Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, ECF No. 134, is **DENIED**.
2. A certificate of appealability is **DENIED**.
3. This case shall remain **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge